**Fill in this information to identify your case:**

Debtor 1  TRACY  MARIE  VENTURA
         First Name   Middle Name   Last Name

Debtor 2  _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number  18-12002
(If known)

01-08 '19 PM02:37

☑ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **National Grid**<br>Priority Creditor's Name<br>**300 Erie Blvd West**<br>Number  Street<br><br>**Syracuse  NY  13202-4201**<br>City   State   ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Last 4 digits of account number  0 0 1 4<br>When was the debt incurred?  _____<br><br>As of the date you file, the claim is: Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☑ Other. Specify  Utilitie | $1,721.61 | $1,721.61 | $ |
| 2.2 | _____<br>Priority Creditor's Name<br>_____<br>Number  Street<br><br>_____<br>City   State   ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred?  _____<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $ | $ | $ |

*Tracy Ventura*

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of ___

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

R.I. Local Form 1009-1.1
(Rev. 12/1/17)

In re: TRAcy Marie Ventura

Debtor(s)

BK No. 18-12002
Chapter 7

## NOTICE TO ADDED CREDITORS OF PENDING BANKRUPTCY
## AND APPLICABLE CASE DEADLINES AND CERTIFICATE OF SERVICE

**NOTICE IS HEREBY GIVEN:** that on 1-8-19 [date], you were added as a creditor in the above-referenced bankruptcy case. Pursuant to LBR 1009-1(c), a copy of the Notice of Section 341 Meeting of Creditors & Deadlines is enclosed and if applicable, a copy of the Notice to File Claims.

Depending upon which chapter of the Bankruptcy Code the case is pending under (see above); please take note of the applicable deadlines below:

**CHAPTER 7 CASES ONLY:**

As an added creditor, you have a right to file a complaint under 11 U.S.C. §§ 523 and/or 727 objecting to the debtor's discharge or the dischargeability of a particular debt, and/or to object to the debtor's claim of exemptions, within sixty (60) days of service of this notice as evidenced on the below certificate of service, or within the time set for filing such complaints or objections by creditors previously scheduled, whichever is later (see deadlines listed on Section 341 Notice).

In addition, if this is a Chapter 7 case where a Notice to File Claims has issued as evidenced by the enclosed Notice, the deadline to file a proof of claim is ninety (90) days from the date of service of this notice, as stated on the below certificate of service.

**CHAPTER 13 CASES ONLY:**

The deadline to file a proof of claim in Chapter 13 is seventy (70) days from the date of service of this notice, as stated on the below certificate of service.

**IN ALL CASES WHERE A CLAIMS DEADLINE APPLIES:**

Creditors who do not file a proof of claim on or before the applicable deadline may not share in any distribution from the debtor(s) estate. If you have previously filed a claim in this case, you do not need to file a new one now.

The proof of claim may be filed by regular mail or by using the Court's electronic claims filing program, ePOC, available on its website: www.rib.uscourts.gov. If you wish to receive proof of receipt by the bankruptcy court, you must enclose a photocopy of the proof of claim together with a stamped, self-addressed envelope when mailing the claim to the Court. There is no fee for filing a proof of claim.

## CERTIFICATE OF SERVICE

I **Tracy Ventura** hereby certify that on **1-8-19**, I caused true copies of the Notice to Added Creditors of Pending Bankruptcy and Applicable Case Deadline and Certificate of Service to be served through the Court's CM/ECF system upon the following registered electronic filer(s) in this case, and that I caused true copies of the within notice to be served by first class mail, postage pre-paid, to the following non-CM/ECF participant(s):

Electronic: **US Trustee & Trustee**

First Class Mail:

National Grid
300 Erie Blvd West
Syracuse NY
13202-4201

/s/ *Tracy Ventura*
Date: 1-8-19

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Tracy Marie Ventura | Social Security number or ITIN | xxx-xx-2064 |
| | First Name   Middle Name   Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | ____ |
| | | EIN | __-_____ |
| United States Bankruptcy Court    District of Rhode Island | | Date case filed for chapter 7 | 12/12/18 |
| Case number:   1:18-bk-12002 | | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline         12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Tracy Marie Ventura | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 255 Olive Street<br>Woonsocket, RI 02895 | |
| 4. | Debtor's attorney<br>Name and address | Tracy Marie Ventura<br>255 Olive Street<br>Woonsocket, RI 02895 | Contact phone 401-545-1996<br>Email: None |
| 5. | Bankruptcy trustee<br>Name and address | Stacy B. Ferrara<br>Nolan, Brunero, Cronin & Ferrara, Ltd.<br>1070 Main Street<br>Coventry, RI 02816 | Contact phone (401) 828-5800<br>Email: sferrara@ndgrb.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline         page 1

Debtor **Tracy Marie Ventura**                                                                 Case number **1:18-bk-12002**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | The Federal Center <br> 380 Westminster Street <br> 6th Floor <br> Providence, RI 02903 | Hours open 9:00am – 4:00pm <br> www.rib.uscourts.gov <br><br> Contact phone (401) 626-3100 <br><br> Date: 12/12/18 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | January 3, 2019 at 03:00 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> The Federal Center, 380 Westminster Street, 6th Floor Room 620, Providence, RI 02903 |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> You must file a complaint: <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> You must file a motion: <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/4/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |